# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-03584-SVW-MAA | Date | October 11, 2022 |
| Title | Angela Thompson et al v. Fastaff, LLC et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**      IN CHAMBERS ORDER DISMISSING ACTION

The Court, on September 8, 2022, issued an order granting a moton to dismiss the case in it's entirety.

There being no activity in the case since the order issued, the Court orders the case dismissed.

| | : |
|---|---|
| Initials of Preparer | PMC |